

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2018

No. 04-18-00446-CV

**IN RE PHOENIX SERVICES, LLC**; Pruitt's Fract Tanks, LLC; and Jose Jaime Jacquez

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Karen Angelini, Justice
Rebeca C. Martinez, Justice[2]
Irene Rios, Justice

The Real Party in Interest Unopposed Motion for Extension of Time to File Response is hereby GRANTED. Time is extended to September 10, 2018.

It is so ORDERED ON September 5, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 17-01-33870-MCV, styled *Fernando Martinez and Jose Javier Cisneros v. Phoenix Services, LLC,, et al.*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Cynthia L. Muniz presiding.

[2] Justice Martinez would vote to deny the petition.